UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

---

ELAINE L. CHAO, SECRETARY OF LABOR, :
UNITED STATES DEPARTMENT OF LABOR, :
:
        Petitioner, :   Misc. Action No. 05-42
:
      v. :
:
MARK DAMIANI AND :
NATIONS FINANCIAL GROUP, INC. :
:
        Respondents. :

---

## ORDER

AND NOW, this 10th day of Aug, 2005, upon consideration of Petitioner's Motion to Withdraw Motion for Adjudication of Civil Contempt, it is hereby ORDERED that:

1. Petitioner's Motion is GRANTED and Petitioner's Motion for Adjudication of Civil Contempt is deemed withdrawn.

2. The hearing scheduled for August 11, 2005 at 1:00 PM is cancelled.

3. The Secretary and the Respondents shall each bear their own costs, expenses, and attorneys' fees incurred to date in connection with any stage of this proceeding, including but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

        By the Court:

        _Donetta W. Ambrose_
        Donetta W. Ambrose, C.J.